FILED
JUL 28 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | JUDGE PEARSON |
| v. | ) | |
| | ) | CASE NO. 1:21CR541 |
| MATTHEW WHITE, | ) | Title 21, United States Code, |
| TONY DENSMORE, | ) | Sections 841(a)(1), (b)(1)(B), |
| BRETT FLOWERS, | ) | (b)(1)(C), and 846; Title 18, |
| GNO RIVERA, | ) | United States Code, Section 2 |
| SAMUEL RIVERA, | ) | |
| STEVEN GABRIEL SWINT, | ) | |
| PHILLIP GODLES, | ) | |
| | ) | |
| Defendants. | ) | |

COUNT 1
(Conspiracy to Possess with the Intent to Distribute and Distribute Controlled Substances, 21 U.S.C. § 846)

The Grand Jury charges:

1. From in and around January 2020 through on or about August 20, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants MATTHEW WHITE, TONY DENSMORE, BRETT FLOWERS, GNO RIVERA, SAMUEL RIVERA, STEVEN GABRIEL SWINT, PHILLIP GODLES, and others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other to possess with intent to distribute and distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I substance, and a mixture and substance containing a detectable amount of tetrahydrocannabinol, a Schedule I substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C.§ 2)

The Grand Jury further charges:

2.      On or about April 7, 2020, in the Northern District of Ohio, Eastern Division, Defendants MATTHEW WHITE, GNO RIVERA, and PHILLIP GODLES did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of tetrahydrocannabinol, a Schedule I substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

3.      On or about May 5, 2020, in the Northern District of Ohio, Eastern Division, Defendants MATTHEW WHITE, SAMUEL RIVERA, and STEVEN GABRIEL SWINT did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of tetrahydrocannabinol, a Schedule I substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 4
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

4.      On or about June 11, 2020, in the Northern District of Ohio, Eastern Division, Defendants MATTHEW WHITE, TONY DENSMORE, BRETT FLOWERS, and SAMUEL RIVERA did knowingly and intentionally possess with intent to distribute 100 kilograms or

more of a mixture and substance containing a detectable amount of marijuana, a Schedule I substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE

The Grand Jury further charges:

5.  For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant MATTHEW WHITE, TONY DENSMORE, BRETT FLOWERS, GNO RIVERA, SAMUEL RIVERA, STEVEN GABRIEL SWINT, and PHILLIP GODLES shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.